lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Results

Not all search results will be displayed on-line. For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding Access Security Matrix. (https://www.floridasupremecourt.org/content/download/241418/2133339/AOSC18-16.pdf)

## MALEY DACOSTA VS JESUS JESSE MENOCALL, JR. ET AL

**Local Case Number:** 2019-017287-CA-01

**Filing Date:** 06/08/2019

**State Case Number:** 132019CA017287000001

**Case Type:** Other Negligence

**Consolidated Case No.:** N/A

**Judicial Section:** CA11

**Case Status:** OPEN

👥 **Parties** — Number of Parties: 3 ➕

⚖ **Hearing Details** — Number of Hearing: 0 ➕

🔊 **Dockets**

Dockets Retrieved: 16

Export to ▼

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 14 | 09/27/2019 | | Notice: | Event | |
| 📄 | 13 | 09/27/2019 | | Notice of Appearance | Event | |
| 📄 | 12 | 09/27/2019 | | Order Extending Time for | Event | **RESPOND TO COMPLAINT WITHIN 40 DAYS** |
| 📄 | 11 | 09/19/2019 | | Service Returned | Event | *Parties: City of Hialeah* |
| 📄 | 10 | 09/19/2019 | | Service Returned | Event | *Parties: Menocall Jesus Jesse Jr* |
| | | 08/20/2019 | | 20 Day Summons Issued | Service | |
| 📄 | 9 | 08/20/2019 | | ESummons 20 Day Issued | Event | *Parties: City of Hialeah* |
| | | 08/20/2019 | | 20 Day Summons Issued | Service | |
| 📄 | 8 | 08/20/2019 | | ESummons 20 Day Issued | Event | *Parties: Menocall Jesus Jesse Jr* |
| | 7 | 08/20/2019 | | Receipt: | Event | **RECEIPT#:3510047 AMT PAID:$20.00 NAME:ANTHONY M GEORGES-PIERRE 44 W FLAGLER ST STE 2200 MIAMI FL 33130-6807 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.0** |
| 📄 | 6 | 08/16/2019 | | (M) 20 Day (P) Summons (Sub) Received | Event | |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 5 | 08/16/2019 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 📄 | 4 | 06/11/2019 | | Notice of Appearance | Event | *Parties: Dacosta Maley* |
| | 3 | 06/11/2019 | | Receipt: | Event | **RECEIPT#:3480203 AMT PAID:$401.00 NAME:ANTHONY M GEORGES-PIERRE 44 W FLAGLER ST STE 2200 MIAMI FL 33130-6807 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT** |
| 📄 | 2 | 06/08/2019 | | Complaint | Event | |
| 📄 | 1 | 06/08/2019 | | Civil Cover | Event | |

◀◀ Back to Results

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: https://www8.miamidade.gov/global/disclaimer/disclaimer.page (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH) |
Logout (/PremierServices/Logout.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx?type=premier) |
Clerk's Home (http://www.miami-dadeclerk.com/home.asp) |
Privacy Statement (https://www8.miamidade.gov/global/disclaimer/privacy-and-security.page) |
Disclaimer (https://www8.miamidade.gov/global/disclaimer/disclaimer.page) |
Contact Us (http://www.miami-dadeclerk.com/contact.asp) | About Us (http://www.miami-dadeclerk.com/about.asp) |
2015 Clerk of the Courts. All Rights reserved.

MIAMI-DADE COUNTY (http://www.miamidade.gov)

Filing # 96431180 E-Filed 09/27/2019 03:30:29 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 19-017287 CA 01
JUDGE MAVEL RUIZ

MALEY DACOSTA,

    Plaintiff,

vs.

THE CITY OF HIALEAH, a Political
Subdivision, and JESUS "JESSE" MENOCALL,
JR., an individual,

    Defendants.
_____/

**THE CITY OF HIALEAH'S**
**NOTICE OF APPEARANCE AND E-MAIL ADDRESSES DESIGNATION PURSUANT**
**TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516**

Attorneys CHRISTINE LEONA WELSTEAD, DONALD A. BLACKWELL, and CAROLINA PINERO of the law firm of BOWMAN AND BROOKE LLP hereby give notice of their appearance as counsel of record for the Defendant, **THE CITY OF HIALEAH**. Copies of all pleadings, papers, etc. filed in this cause should be served upon the undersigned.

Pursuant to Florida Rule of Judicial Administration 2.516, undersigned counsel hereby designates the following addresses for service by e-mail:

    Primary E-mail:    Christine.Welstead@bowmanandbrooke.com

    Primary E-mail:    Don.Blackwell@bowmanandbrooke.com

    Primary E-mail:    Carolina.Pinero@bowmanandbrooke.com

CASE NO. 19-017287 CA 01
**THE CITY OF HIALEAH'S**
**NOTICE OF APPEARANCE AND E-MAIL ADDRESSES DESIGNATION PURSUANT**
**TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516**

Secondary E-mail: Charlene.Still@bowmanandbrooke.com

Secondary E-mail: Ashleigh.Carroll@bowmanandbrooke.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on **September 27, 2019** a true and correct copy of the foregoing document was filed with the Clerk of Court using the Florida Courts e-Filing Portal which will send an automatic e-mail message to all parties who have registered with the e-Filing Portal including: ANTHONY M. GEORGES-PIERRE, ESQ., SHAWN L. M. HAIRSTON, ESQ., Remer & Georges-Pierre, PLLC, *Counsel for Plaintiff*, 44 West Flagler St., Ste. 2200, Miami, FL 33130.

**BOWMAN AND BROOKE LLP**
Attorneys for Defendant
**THE CITY OF HIALEAH**

By: */s/ Christine L. Welstead*
**Christine L. Welstead, Esq. (FBN# 970956)**
Christine.welstead@bowmanandbrooke.com
**Donald A. Blackwell, Esq. (FBN#370967)**
Don.blackwell@bowmanandbrooke.com
**Carolina Pinero, Esq. (FBN#119335)**
Carolina.pinero@bowmanandbrooke.com
Two Alhambra Plaza, Ste. 800
Miami, Florida 33134
Tel: (305) 995-5600; Fax: (305) 995-6100

2

Filing # 96395282 E-Filed 09/27/2019 10:22:52 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-017287-CA-01
SECTION: CA11
JUDGE: Mavel Ruiz

**Maley Dacosta**

Plaintiff(s) / Petitioner(s)

vs.

**Jesus Jesse Menocall, Jr. et al**

Defendant(s) / Respondent(s)

_____/

## AGREED ORDER

This Cause having come before the Court based on the agreement of counsel, and the Court being advised that opposing counsel was consulted and agrees, that on September 13, 2019, the City of Hialeah was served with a 20-day Summons and Complaint in the referenced action, and Plaintiff's Complaint alleges a claim for violation of civil rights, and pursuant to Florida Rule of Civil Procedure 1.140(2)(A), the City, a municipality and political subdivision of the State of Florida, is entitled to respond to a Complaint within 40 days after service, it is hereby

ORDERED and ADJUDGED as follows:

The City of Hialeah has through and including October 23, 2019 in which to respond to Plaintiff's Complaint.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 27th day of September, 2019.

2019-017287-CA-01 09-27-2019 10:10 AM
Hon. Mavel Ruiz

**CIRCUIT COURT JUDGE**
Electronically Signed

CaseNo: 2019-017287-CA-01
Page 2 of 2

> No Further Judicial Action Required on **THIS MOTION**
>
> CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Copies Furnished To:**
Anthony M Georges-Pierre , Email : pn@rgpattorneys.com
Anthony M Georges-Pierre , Email : agpassistant@rgpattorneys.com
Anthony M Georges-Pierre , Email : agp@rgpattorneys.com
Ashleigh Carroll , Email : ashleigh.carroll@bowmanandbrooke.com
Carolina Pinero , Email : Carolina.Pinero@bowmanandbrooke.com
Charlene Still , Email : charlene.still@bowmanandbrooke.com
Christine Welstead , Email : christine.welstead@bowmanandbrooke.com
Don Blackwell , Email : Don.Blackwell@bowmanandbrooke.com
Max Horowitz , Email : mhorowitz@rgpattorneys.com
Patrick Nitchman , Email : pn@rgpattorneys.com
Shawn Hairston , Email : shairston@rgpattorneys.com

# RETURN OF SERVICE

**State of Florida**  **County of Miami-Dade**  **Circuit Court**

Case Number: 2019-017287 CA 01

Plaintiff:
**MALEY DACOSTA**

vs.

Defendant:
**THE CITY OF HIALEAH A POLITICAL SUBDIVISION, AND JESUS "JESSE" MENOCALL, JR., AND INDIVIDUAL**


PPJ2019003893

For:
Anthony Georges-Pierre
Remer & Georges-Pierre, Pllc.
44 West Flagler Street
Suite 2200
Miami, FL 33130

Received by Prestige Process on the **12th day of September, 2019 at 9:57 am** to be served on **THE CITY OF HIALEAH THE OFFICE OF HIALEAH MAYOR CARLOS HERNANDEZ, 501 PALM AVENUE, HIALEAH, FL 33010**.

I, Ricky Horowitz, do hereby affirm that on the **13th day of September, 2019 at 11:04 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MARITZA AMADOR** as **CLERK WHO IS AUTHORIZED TO ACCEPT FOR OFFICER** for **THE CITY OF HIALEAH**, at the address of: **501 PALM AVENUE, HIALEAH, FL 33010**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
9/13/2019 11:06 am  Attempted service at 501 PALM AVENUE, HIALEAH, FL 33010, I served the clerk authorized to accept service Maritza Amador

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoing document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Ricky Horowitz
CPS # 2316

Prestige Process
P.O Box 613634
Miami, FL 33261
(305) 490-4346

Our Job Serial Number: PPJ-2019003893

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g

Filing # 94286043 E-Filed 08/16/2019 11:24:26 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 20FI-017287 CA 01

MALEY DACOSTA,

    Plaintiff,

v.

The CITY OF HIALEAH,
a political subdivision,
and JESUS "JESSE" MENOCALL, JR.,
an individual,

    Defendant.

_____/

## SUMMONS IN A CIVIL CASE

TO:     The CITY OF HIALEAH
    Office of the Mayor Carlos Hernandez
    501 Palm Avenue
    Hialeah, FL 33010

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

    ANTHONY M. GEORGES-PIERRE, ESQ.
    REMER & GEORGES-PIERRE, PLLC.
    44 WEST FLAGLER STREET. STE. 2200
    MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/20/2019

CLERK _____ DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

**State of Florida**     **County of Miami-Dade**     **Circuit Court**

Case Number: 2019-017287 CA 01

Plaintiff:
**MALEY DACOSTA**

vs.



Defendant:
**THE CITY OF HIALEAH A POLITICAL SUBDIVISION, AND JESUS "JESSE" MENOCALL, JR., AND INDIVIDUAL**

For:
Anthony Georges-Pierre
Remer & Georges-Pierre, Pllc.
44 West Flagler Street
Suite 2200
Miami, FL 33130

Received by Prestige Process on the 12th day of September, 2019 at 9:57 am to be served on **JESUS "JESSE" MENOCALL, JR THE OFFICE OF HIALEAH MAYOR CARLOS HERNANDEZ, 501 PALM AVENUE, HIALEAH, FL 33010**.

I, Ricky Horowitz, do hereby affirm that on the **13th day of September, 2019 at 11:04 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MARITZA AMADOR** as **CLERK WHO IS AUTHORIZED TO ACCEPT FOR OFFICER** for **JESUS "JESSE" MENOCALL, JR**, at the address of: **501 PALM AVENUE, HIALEAH, FL 33010**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
9/13/2019 11:06 am Attempted service at 501 PALM AVENUE, HIALEAH, FL 33010, I served the clerk authorized to accept service Maritza Amador

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoing document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**Ricky Horowitz**
CPS # 2316

Prestige Process
P.O Box 613634
Miami, FL 33261
(305) 490-4346

Our Job Serial Number: PPJ-2019003892

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g

Filing # 94286043 E-Filed 08/16/2019 11:24:26 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-017287 CA 01

MALEY DACOSTA,

    Plaintiff,

v.

The CITY OF HIALEAH,
a political subdivision,
and JESUS "JESSE" MENOCALL, JR.,
an individual,

    Defendant.

_____/

## SUMMONS IN A CIVIL CASE

TO:    Jesus "Jesse" Menocall, Jr.,
    Office of Hialeah Mayor Carlos Hernandez
    501 Palm Avenue
    Hialeah, FL 33010

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

    ANTHONY M. GEORGES-PIERRE, ESQ.
    REMER & GEORGES-PIERRE, PLLC.
    44 WEST FLAGLER STREET, STE. 2200
    MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

8/20/2019

CLERK

(BY) DEPUTY CLERK

Filing # 94286043 E-Filed 08/16/2019 11:24:26 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-017287 CA 01

MALEY DACOSTA,

    Plaintiff,

v.

The CITY OF HIALEAH,
a political subdivision,
and JESUS "JESSE" MENOCALL, JR.,
an individual,

    Defendant.
_____/

### SUMMONS IN A CIVIL CASE

TO:    The CITY OF HIALEAH
    Office of the Mayor Carlos Hernandez
    501 Palm Avenue
    Hialeah, FL 33010

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

    ANTHONY M. GEORGES-PIERRE, ESQ.
    REMER & GEORGES-PIERRE, PLLC.
    44 WEST FLAGLER STREET. STE. 2200
    MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

    8/20/2019

CLERK _____ DATE

(BY) DEPUTY CLERK

Filing # 94286043 E-Filed 08/16/2019 11:24:26 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-017287 CA 01

MALEY DACOSTA,

        Plaintiff,

v.

The CITY OF HIALEAH,
a political subdivision,
and JESUS "JESSE" MENOCALL, JR.,
an individual,

        Defendant.
_____/

## SUMMONS IN A CIVIL CASE

TO:      Jesus "Jesse" Menocall, Jr.,
           Office of Hialeah Mayor Carlos Hernandez
           501 Palm Avenue
           Hialeah, FL 33010

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

           ANTHONY M. GEORGES-PIERRE, ESQ.
           REMER & GEORGES-PIERRE, PLLC.
           44 WEST FLAGLER STREET. STE. 2200
           MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

                                                            8/20/2019

CLERK                                         DATE

(BY) DEPUTY CLERK     219401

Filing # 90882841 E-Filed 06/11/2019 10:04:20 AM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

MALEY DACOSTA, an individual

    Plaintiff,

v.

The CITY OF HIALEAH, a political
subdivision and
JESUS "JESSE" MENOCALL, JR., an
individual,

    Defendants.

2019-17287-CA-01

## NOTICE OF APPEARANCE

The undersigned hereby files this notice of Appearance as counsel for Maley Dacosta, Plaintiff, and hereby requests that all future pleadings and notices, which, Maley Dacosta, is entitled to receive be sent to the undersigned:

Shawn L.M. Hairston
Remer & Georges-Pierre, PLLC.
44 West Flagler Street
Suite 2200
Miami, FFL 33130
Telephone: 305-416-5005
shairston@rgpattorneys.com
F.B.N.: 110046

REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone:   305-416-5000
Facsimile:    305-416-5005

By: /s/ *Shawn L.M. Hairston, Sr.*
Anthony Georges-Pierre, Esq.
Fla. Bar. No.:533637
Shawn L.M. Hairston, Esq. Fla. Bar.
No.: 110046
shairston@rgpattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2019, I electronically filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record.

By: /s/ Shawn L.M. Hairston
Shawn L.M. Hairston
Florida Bar: 110046

Filing # 90791575 E-Filed 06/08/2019 12:02:57 AM

FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.    **CASE STYLE**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.:_____
Judge: _____

Maley Dacosta
Plaintiff
   vs.
Jesus Menocall, City of Hialeah
Defendant

II.    **TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☒ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999
- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☐ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

**III.** **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary declaratory or injunctive relief;
- ☒ Punitive

**IV.** **NUMBER OF CAUSES OF ACTION:** (   )
(Specify)

<u>6</u>

**V.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

**VI.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☐ Yes
- ☒ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Anthony M Georges-Pierre</u>    FL Bar No.: <u>533637</u>
Attorney or party                                               (Bar number, if attorney)

<u>Anthony M Georges-Pierre</u>    <u>06/07/2019</u>
(Type or print name)                    Date