UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 19-24166-CIV-MORENO

**MALEY DACOSTA,**

    **Plaintiff,**

v.

**THE CITY OF HIALEAH,
and JESUS "JESSE" MENOCALL, JR.,**

    **Defendants.**

_____/

## PLAINTIFF'S STATUS REPORT

COMES NOW the Plaintiff, MALEY DACOSTA ("Plaintiff") in the above-named action, pursuant to the Court's Order Closing Case for Statistical Purposes and Placing Matter in Civil Suspense File (D.E. 51), by and through undersigned counsel, and hereby files this Status Report and states as follows:

1. On December 21, 2020, this Honorable Court granted the Motion to Intervene and Stay Civil Proceedings pending Conclusion of Criminal Proceedings filed by the United States of America (at D.E. 49). This Honorable Court required the Plaintiff to notify the Court by May 12, 2021, and every sixty dates thereafter of the current status of the proceedings and when this action is ready to proceed. ECF No. 51.

2. Plaintiff hereby files this Status Report to advise this Honorable Court that the Criminal Proceedings against Defendant, Jesus "Jesse" Menocal, Jr, styled *United States v. Menocal*, 1:19-CR-20822-KMW, are currently pending. The current date anticipated for the trial in this action is October 25, 2021. *See attached* "Exhibit A" – Docket Report for Case No. 1:19-CR-20822-KMW.

3. Plaintiff respectfully submits that the pending criminal proceeding has been continued once already and, due to the nature of the pandemic and the uncertainty of whether trials will proceed as normal in the later parts of this year, anticipates another continuance could occur.

4. Plaintiff hereby respectfully requests this Honorable Court re-open this case, as Plaintiff's right to trial by jury in this civil proceeding is being delayed, neglected, and thereby prejudiced by a criminal action that is beyond her control.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court remove this case from civil suspense and re-open this case.

Dated: May 7, 2021

Respectfully submitted,

/s/ Max L. Horowitz
**Anthony M. Georges-Pierre, Esq.**
Florida Bar No.: 533637
agp@rgpattorneys.com
**Max L. Horowitz, Esq.**
Florida Bar No.: 118269
mhorowitz@rgpattorneys.com
*Counsel for Plaintiff*
**REMER & GEORGES-PIERRE, PLLC**
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Christine L. Welstead, Esq.
Christine.welstead@bowmanandbrooke.com
Carolina S. Pinero, Esq.
carolina.pinero@bowmanandbrooke.com
BOWMAN AND BROOKE, LLP
Two Alhambra Plaza, Suite 800
Miami, FL 33134
Phone (305) 995-5600
Fax (305) 995-6100
*Counsel for Defendant,*
*The City of Hialeah*

*Jorge A. Garcia-Menocal, Esq.*
jgm@gmilaw.com
GARCIA-MENOCAL IRIAS
& PASTORI, LLP
368 Minorca Avenue
Coral Gables, FL 33134
Phone: (305) 400-9652
Fax: (305) 520-0195
*Counsel for Defendant,*
*Jesus "Jesse" Menocal, Jr.*

                                             /s/ Max L. Horowitz
                                             **Anthony M. Georges-Pierre, Esq.**
                                             Florida Bar No.: 0533637
                                             **Max L. Horowitz, Esq.**
                                             Florida Bar No.: 118269