UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 19-24166-CIV-MORENO

**MALEY DACOSTA,**

    **Plaintiff,**

**v.**

**THE CITY OF HIALEAH,**
**and JESUS "JESSE" MENOCAL, JR.,**

    **Defendants.**

_____/

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the Plaintiff, MALEY DACOSTA, and Defendant, THE CITY OF HIALEAH, in the above-styled action have settled this matter as it relates to the claims against them. This resolution does **NOT** release any pending claims between Plaintiff, MALEY DACOSTA, and Defendant, JESUS "JESSE" MENOCAL, JR., which shall remain pending before this Honorable Court.

Dated: 16TH day of December, 2021    Respectfully submitted,

                                                           _s/ Max L. Horowitz_
                                                           Anthony M. Georges-Pierre, Esq.
                                                           Florida Bar No.: 0533637
                                                           Max L. Horowitz, Esq.
                                                           Florida Bar No.: 118269
                                                           **REMER & GEORGES-PIERRE, PLLC**
                                                           44 West Flagler Street, Suite 2200
                                                           Miami, FL 33130
                                                           (305) 416-5000- Telephone
                                                           (305) 416-5005- Facsimile
                                                           Email: agp@rgpattorneys.com
                                                                           mhorowitz@rgpattorneys.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Christine L. Welstead, Esq.
Christine.welstead@bowmanandbrooke.com
Carolina S. Pinero, Esq.
carolina.pinero@bowmanandbrooke.com
BOWMAN AND BROOKE, LLP
Two Alhambra Plaza, Suite 800
Miami, FL 33134
Phone (305) 995-5600
Fax (305) 995-6100
*Counsel for Defendant,*
*The City of Hialeah*

*Jorge A. Garcia-Menocal, Esq.*
jgm@gmilaw.com
GARCIA-MENOCAL IRIAS
& PASTORI, LLP
368 Minorca Avenue
Coral Gables, FL 33134
Phone: (305) 400-9652
Fax: (305) 520-0195
*Counsel for Defendant,*
*Jesus "Jesse" Menocal, Jr.*

                                                  _s/ Max L. Horowitz_____
                                                  Anthony M. Georges-Pierre, Esq.
                                                  Florida Bar No.: 533637
                                                  Max L. Horowitz, Esq.
                                                  Florida Bar No.: 118269